CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084


Attorney for Defendant
Jeremy Michael Head


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 08-0093 FCD |
| Plaintiff, | WAIVER OF <u>DEFENDANT'S PRESENCE</u> |
| v. | |
| JEREMY MICHAEL HEAD, | |
| Defendant. | |

Defendant, JEREMY MICHAEL HEAD, hereby waives the right to be in person in open court upon the hearing of any motion or to his proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and

1  hour the court may fix in his absence.

2      Defendant further acknowledges that he has been informed of his
3  rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and
4  authorizes his attorney to set times and delays under that Act without
5  defendant being present.

7  Dated: April 13, 2008

```
                                /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Defendant
                                JEREMY MICHAEL HEAD
```

DATED: April 14, 2008         I consent to the above waiver of
                              presence.

```
                                /s/ Jeremy Michael Head
                                JEREMY MICHAEL HEAD
                                [Original signature on file.]
```

DATED: April 15, 2008

    I approve the above waiver of presence.

```
                                _____
                                FRANK C. DAMRELL, Jr.
                                United States District Court Judge
```

2