1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084

4
   Attorney for Defendant
5  Jeremy Michael Head

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        ) CR. NO. 08-0093 FCD
12                                  )
                  Plaintiff,        ) WAIVER OF PERSONAL APPEARANCE
13                                  ) AT ARRAIGNMENT ON SUPERCEDING
        v.                          ) INDICTMENT
14                                  )
   JEREMY MICHAEL HEAD,             )
15                                  )
                  Defendant.        )
16                                  )
   _____)
17

18      Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure,
19 I, JEREMY MICHAEL HEAD, hereby waive my personal appearance at the
20 arraignment on the superceding indictment in this case.

21      I acknowledge and understand that I have the right to appear
22 personally with my attorney before a judicial officer for arraignment
23 in open court on the above-numbered Indictment.  I further understand
24 that, absent the present waiver, I must appear before this Court as
25 directed.

26      I affirm that I have received a copy of the Indictment, that I
27 waive a formal reading of the Indictment in open court, and I hereby
28 enter a plea of not guilty and demand a jury trial.

1  I further agree that my interest will be deemed represented at all
2  times by the presence of my attorney, the same as if I were personally
3  present, and further agree to be present in court ready for trial any
4  day and hour the court may fix in my absence.

5  I further acknowledged that I have been informed of my rights
6  under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and
7  authorize my attorney to set times and delays under that Act without
8  defendant being present.

10  Dated: March 1st, 2010

12  /s/ Christopher Haydn-Myer
   CHRISTOPHER HAYDN-MYER
   Attorney for Defendant
13  JEREMY MICHAEL HEAD

14  DATED: March 1st, 2010

16  /s/ Jeremy Michael Head
   JEREMY MICHAEL HEAD
17  [Original in attorney's file.]

19  The Defendant's Waiver of Appearance at Arraignment on the Superceding Indictment is accepted.

22  DATED: March 1, 2010.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

2