CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084

Attorney for Defendant
Jeremy Michael Head

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 08-0093 FCD |
| ) | |
| Plaintiff, ) | WAIVER OF PERSONAL APPEARANCE |
| ) | AT ARRAIGNMENT ON SUPERCEDING |
| v. ) | INDICTMENT |
| ) | |
| JEREMY MICHAEL HEAD, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, JEREMY MICHAEL HEAD, hereby waive my personal appearance at the arraignment on the superceding indictment in this case.

    I acknowledge and understand that I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-numbered Indictment.  I further understand that, absent the present waiver, I must appear before this Court as directed.

    I affirm that I have received a copy of the Indictment, that I waive a formal reading of the Indictment in open court, and I hereby enter a plea of not guilty and demand a jury trial.

1    I further agree that my interest will be deemed represented at all
2 times by the presence of my attorney, the same as if I were personally
3 present, and further agree to be present in court ready for trial any
4 day and hour the court may fix in my absence.
5    I further acknowledged that I have been informed of my rights
6 under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and
7 authorize my attorney to set times and delays under that Act without
8 defendant being present.

10 Dated: March 1st, 2010

12                         /s/ Christopher Haydn-Myer
                          CHRISTOPHER HAYDN-MYER
                          Attorney for Defendant
13                        JEREMY MICHAEL HEAD

   DATED: March 1st, 2010

16                         /s/ Jeremy Michael Head
                          JEREMY MICHAEL HEAD
17                        [Original in attorney's file.]

     The Defendant's Waiver of Appearance at Arraignment on the
   Superceding Indictment is accepted.

    DATED: March 1, 2010.         _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

2