CHRISTOPHER HAYDN-MYER, Bar #176333
970 Reserve Drive, Suite 153
Roseville, California 95678
Telephone: (916) 622-1703
email: chrishaydn@sbcglobal.net

Attorney for Defendant
JEREMY MICHAEL HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 2:08-CR-00093 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING JEREMY MICHAEL HEAD'S |
| | ) | CONDITIONS OF SUPERVISED RELEASE |
| JEREMY MICHAEL HEAD, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant

Jeremy Michael Head, through his counsel Chris Haydn-Myer, hereby stipulate that as to defendant Jeremy

Michael Head's special conditions of release, Special Condition 9 be amended as reflected in the attached,

"**AMENDED SPECIAL CONDITIONS OF RELEASE.**"


**IT IS SO STIPULATED.**

DATED: May 6, 2010                          BENJAMIN B. WAGNER
                                            United States Attorney

                                             /s/ Ellen V. Endrizzi
                                            ELLEN V. ENDRIZZI
                                            Assistant U.S. Attorney

DATED: May 6, 2010


                                             /s/ Christopher Haydn-Myer
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant Jeremy Michael Head

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that as to defendant Jeremy Michael Head's special conditions of release, Special Condition 9 is amended as reflected in the attached **AMENDED** SPECIAL CONDITIONS OF RELEASE.

IT IS FURTHER ORDERED that the **AMENDED** SPECIAL CONDITIONS OF RELEASE for defendant Jeremy Michael Head shall be filed as part of the record in this case and the amended special conditions of release supersedes any and all special conditions of release previously ordered by the Court. **IT IS SO ORDERED.**

DATED: May 7, 2010.

_____
U.S. MAGISTRATE JUDGE

2

# <u>AMENDED</u> SPECIAL CONDITIONS OF RELEASE

**RE:   Jeremy Michael Head**
**Doc. No.** 08-CR-0093 FCD

1.  You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.  You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence without the prior approval of the pretrial services officer;

4.  Your travel is restricted to the Central and Eastern District of California without the prior consent of the pretrial services officer;

5.  You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6.  You shall seek and/or maintain employment as approved by Pretrial Services and provide proof of the same as requested by your pretrial services officer;

7.  You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

8.  You shall not apply for  any travel documents during the pendency of this case;

9.  **You shall not have contact with the co-defendants in this case, for the exception of family members, unless in the presence of defense counsel;**

10. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medical marijuana, prescribed or not, may not be used;

11. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer.

**Date: May 6, 2010**
**(Amended Condition No. 9)**

3