LAW OFFICES OF CHRISTOPHER HAYDN-MYER
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Sacramento, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email:chrishaydn@sbcglobal.net

Attorney for Defendant
JEREMY MICHAEL HEAD

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>            Plaintiff, )<br><br>    v. )<br><br>JEREMY MICHAEL HEAD, )<br><br>            Defendant. )<br>_____ ) | NO. CR S-08-CR-0093 KJM<br><br>APPLICATION FOR TRANSPORTATION ORDER; [PROPOSED] ORDER FOR TRANSPORTATION<br><br>PURSUANT TO 18 U.S.C. 4285 |

**Procedural History**

    In this matter, defendant Jeremy Michael Head is scheduled for a trial confirmation hearing on March 20, 2013 at 9:30 a.m.   Counsel is under the belief that Mr. Head's personal appearance is required at the trial confirmation hearing.  Mr. Head currently resides in Los Angeles, California.   Mr. Head is indigent and counsel is court-appointed.

**Application**

    Application is hereby made for an Order for Transportation and subsistence for defendant Jeremy Michael Head to enable him to attend his hearing in the above-referenced matter scheduled for March 20th, 2013 at 9:30 a.m. before the Honorable Kimberly J. Mueller.

    Mr. Head has advised counsel that he is unable to afford travel and is requesting that transportation be arranged for his one-way travel from Los Angeles, California to Sacramento, California on March 19th, 2013 so that he may confer with counsel after his arrival and before the date of the hearing.  Mr. Head is

requesting that transportation be arranged for his one-way travel from Sacramento, California to Los Angeles, California following his hearing on March 20th, 2013.

Wherefore, in the interests of justice, the Court is requested to arrange for Mr. Jeremy Michael Head's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required; and in addition to direct the United States Marshal to furnish Mr. Jeremy Michael Head with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

Dated: March 15, 2013                                  Respectfully submitted,

                                                       /s/ Christopher Haydn-Myer
                                                       CHRISTOPHER HAYDN-MYER
                                                       Attorney for Jeremy Michael Head


**ORDER [~~PROPOSED~~]**


TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Mr. Jeremy Michael Head, with one-way transportation from Los Angeles, California to Sacramento, California on March 19th, 2013, for Mr. Head's appearance at the trial confirmation hearing on March 20, 2013 at 9:30 a.m. in the United States District Court for the Eastern District of California; and subsistence not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code; and for Mr. Head's one-way return from Sacramento, California to Los Angeles, California on March 20th, 2013.

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       Mr. Head is indigent and financially unable to travel to Sacramento, California and return to Los Angeles, California without transportation expenses.  This request is authorized pursuant to 18 U.S.C. Section 4285.

**IT IS SO ORDERED.**

Dated: March 15, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE