LAW OFFICES OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
JEREMY MICHAEL HEAD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEREMY MICHAEL HEAD,<br><br>　　　　Defendant. | Case Nos.: Cr.S-08-093-KJM<br><br>APPICATION FOR TRANSPORTATION SUBSISTENCE, AND LODGING ORDER; [PROPOSED] ORDER FOR TRANSPORTATION, SUBSISTENCE, AND LODGING PURSUANT TO 18 U.S.C. 4285 |

**Procedural History**

　　In this matter, defendant Jeremy Michael Head's hearing on pre-trial motions in limine is Wednesday, May 1 at 9:00 a.m. before United States District Judge Kimberly J. Mueller.  Mr. Head's jury trial is set to commence on Monday, May 6, 2013 at 9:00 a.m. and is expected to last approximately five weeks.  Mr. Head's personal appearance is required at trial and only five days separate the hearing on pre-trial motions in limine and jury trial.  Additionally, it is important that Mr. Head be present in Sacramento the week prior to trial in order to meet and confer with counsel in preparation for trial.  Mr. Head resides in Los Angeles, California, is indigent and unable to

afford transportation to Sacramento where his personal appearance is required for trial, nor does he have funds for subsistence and lodging during the time period set for trial.

**Application**

    Application is hereby made for an Order for Transportation and subsistence, and lodging for defendant Jeremy Michael Head to enable him to meet with counsel after the pre-trial motions in limine hearing in the above-referenced matter scheduled for May 1, 2013 at 9:00 a.m. before the Honorable Kimberly J. Mueller, through the completion of jury trial, which is expected to last approximately five weeks.

    Mr. Head has advised counsel that he is unable to afford travel, subsistence, and lodging from May 1, 2013 through the completion of an expected five week jury trial.  As such, Mr. Head is requesting an Order authorizing the following:

1. Mr. Head is requesting an Order authorizing the arrangement of transportation for his one-way travel from Los Angeles, California to Sacramento, California on May 1, 2013 so that he may confer with counsel after his arrival and shortly after the pre-trial motions in limine hearing on May 1, 2013, and the commencement of his jury trial on May 6, 2013, pursuant to 18 U.S.C. Section 4285.

2. Mr. Head is requesting an Order authorizing the payment of money for subsistence and lodging from May 1, 2013 through June 10, 2013, which is the expected completion of his jury trial; not to exceed the per diem amount authorized under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

3. Mr. Head is requesting an Order authorizing the arrangement of transportation for his one-way travel after jury trial from Sacramento, California to Los Angeles, California, at a date to be determined, pursuant to 18 U.S.C. Section 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Jeremy Michael Head's means of noncustodial transportation or furnish the fare for such transportation from Los Angeles, California to Sacramento, California, which is the place where his appearance is required; to direct the United States Marshal to furnish Jeremy Michael Head with an amount of money for subsistence and lodging expenses during his stay for jury trial which is expected to last five weeks and where his appearance is required, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285; and to furnish the fare for such transportation for Mr. Head's return after completion of jury trial from Sacramento, California to Los Angeles, California.

Dated: April 24, 2013   Respectfully Submitted,
LAW OFFICES OF CHRISTOPHER HAYDN-MYER

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Jeremy Michael Head

///
///
///
///
///
///

**ORDER [~~PROPOSED~~]**

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Jeremy Michael Head, with one-way transportation from Los Angeles, California to Sacramento, California on May 1, 2013, to discuss the pre-trial motions in limine hearing on May 1, 2013 at 9:00 a.m. in the United States District Court for the Eastern District of California; and for his mandatory appearance at his jury trial commencing on May 6, 2013 in the United States District Court for the Eastern District of California; and to furnish Jeremy Michael Head with an amount of money for subsistence and lodging from the date of the pre-trial motions in limine hearing which is May 1, 2013, through June 10, 2013 which is the expected duration of jury trial at which his personal appearance is required, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code; and for Mr. Head's one-way return from Sacramento, California to Los Angeles, California at a date to be determined.

Mr. Head is indigent and financially unable to travel to Sacramento, California without transportation expenses, and is unable to pay for subsistence and lodging during the expected
////

1 five week jury trial.  This request is authorized pursuant to 18
2 U.S.C. Section 4285.
3
4 **IT IS SO ORDERED.**
5 Dated: April 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE