1  LAW OFFICES OF CHRISTOPHER HAYDN-MYER
   CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
2  1478 Stone Point Drive, Suite 400
   Roseville, California 95661
3  Telephone: (916) 622-1703
   Facsimile: (916) 760-2767
4  Email: chrishaydn@sbcglobal.net

5  Attorney for Defendant
   JEREMY MICHAEL HEAD

6

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10                                    ) Case Nos.: Cr.S-08-093-KJM
   UNITED STATES OF AMERICA,          )
11                                    )
              Plaintiff,              ) APPICATION FOR TRANSPORTATION
12                                    ) SUBSISTENCE, AND LODGING ORDER;
        vs.                           ) [PROPOSED] ORDER FOR
13                                    ) TRANSPORTATION, SUBSISTENCE,
   JEREMY MICHAEL HEAD,               ) AND LODGING PURSUANT TO 18
14                                    ) U.S.C. 4285
              Defendant.              )
15                                    )

16

17
   **Procedural History**
18
        In this matter, defendant Jeremy Michael Head's hearing on
19
   pre-trial motions in limine is Wednesday, May 1 at 9:00 a.m.
20
   before United States District Judge Kimberly J. Mueller.  Mr.
21
   Head's jury trial is set to commence on Monday, May 6, 2013 at
22
   9:00 a.m. and is expected to last approximately five weeks.  Mr.
23
   Head's personal appearance is required at trial and only five
24
   days separate the hearing on pre-trial motions in limine and
25
   jury trial.  Additionally, it is important that Mr. Head be
26
   present in Sacramento the week prior to trial in order to meet
27
   and confer with counsel in preparation for trial.  Mr. Head
28
   resides in Los Angeles, California, is indigent and unable to

                              - 1 -

afford transportation to Sacramento where his personal

appearance is required for trial, nor does he have funds for

subsistence and lodging during the time period set for trial.

**Application**

Application is hereby made for an Order for Transportation

and subsistence, and lodging for defendant Jeremy Michael Head

to enable him to meet with counsel after the pre-trial motions

in limine hearing in the above-referenced matter scheduled for

May 1, 2013 at 9:00 a.m. before the Honorable Kimberly J.

Mueller, through the completion of jury trial, which is expected

to last approximately five weeks.

Mr. Head has advised counsel that he is unable to afford

travel, subsistence, and lodging from May 1, 2013 through the

completion of an expected five week jury trial.  As such, Mr.

Head is requesting an Order authorizing the following:

1. Mr. Head is requesting an Order authorizing the arrangement

    of transportation for his one-way travel from Los Angeles,

    California to Sacramento, California on May 1, 2013 so that

    he may confer with counsel after his arrival and shortly

    after the pre-trial motions in limine hearing on May 1,

    2013, and the commencement of his jury trial on May 6,

    2013, pursuant to 18 U.S.C. Section 4285.

2. Mr. Head is requesting an Order authorizing the payment of

    money for subsistence and lodging from May 1, 2013 through

    June 10, 2013, which is the expected completion of his jury

    trial; not to exceed the per diem amount authorized under

    Section 5702(a) of Title 5, United States Code, and

    pursuant to 18 U.S.C. Section 4285.

3.  Mr. Head is requesting an Order authorizing the

arrangement of transportation for his one-way travel after

jury trial from Sacramento, California to Los Angeles,

California, at a date to be determined, pursuant to 18

U.S.C. Section 4285.

Wherefore, in the interests of justice, the Court is

requested to arrange for Jeremy Michael Head's means of

noncustodial transportation or furnish the fare for such

transportation from Los Angeles, California to Sacramento,

California, which is the place where his appearance is required;

to direct the United States Marshal to furnish Jeremy Michael

Head with an amount of money for subsistence and lodging

expenses during his stay for jury trial which is expected to

last five weeks and where his appearance is required, not to

exceed the amount authorized as a per diem allowance for travel

under Section 5702(a) of Title 5, United States Code, and

pursuant to 18 U.S.C. Section 4285; and to furnish the fare for

such transportation for Mr. Head's return after completion of

jury trial from Sacramento, California to Los Angeles,

California.

Dated: April 24, 2013      Respectfully Submitted,
                           LAW OFFICES OF CHRISTOPHER HAYDN-MYER

                           /s/ Christopher Haydn-Myer
                           CHRISTOPHER HAYDN-MYER
                           Attorney for Defendant
                           Jeremy Michael Head

///
///
///
///
///
///

**ORDER [~~PROPOSED~~]**

   TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

   GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

   The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Jeremy Michael Head, with one-way transportation from Los Angeles, California to Sacramento, California on May 1, 2013, to discuss the pre-trial motions in limine hearing on May 1, 2013 at 9:00 a.m. in the United States District Court for the Eastern District of California; and for his mandatory appearance at his jury trial commencing on May 6, 2013 in the United States District Court for the Eastern District of California; and to furnish Jeremy Michael Head with an amount of money for subsistence and lodging from the date of the pre-trial motions in limine hearing which is May 1, 2013, through June 10, 2013 which is the expected duration of jury trial at which his personal appearance is required, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code; and for Mr. Head's one-way return from Sacramento, California to Los Angeles, California at a date to be determined.

   Mr. Head is indigent and financially unable to travel to Sacramento, California without transportation expenses, and is unable to pay for subsistence and lodging during the expected
////

1   five week jury trial.   This request is authorized pursuant to 18

2   U.S.C. Section 4285.

3

4   **IT IS SO ORDERED.**

5   Dated: April 24, 2013

6   _____

7   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28