UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-093-KJM |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEREMY MICHAEL HEAD, | |
| Defendant. | |

On June 4, 2018, defendant Jeremey Michael Head filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. ECF No. 1579. Three weeks later, on June 25, 2018, Head filed a 44-page memorandum in support of his §2255 motion. ECF No. 1584. Then, on July 2, 2018, Head filed a motion to amend his § 2255 motion. ECF No. 1586.

The government filed a statement of non-opposition to Head's motion to amend. ECF No. 1588. As the government notes, although styled as a motion to amend, Head seeks to provide "additional" grounds for his § 2255 motion and therefore seeks to supplement rather than replace his earlier motion. *See* ECF No. 1586 (identifying "additional 28 U.S.C. § 2255 motion grounds, beginning with "Ground 14"). On August 3, 2018, plaintiff filed a reply. ECF No. 1593.

///

///

///

1

The court construes Head's motion as a motion to supplement and GRANTS that motion. The government shall file a response to Head's § 2255 motion, as supplemented, *see* ECF Nos. 1579, 1584, 1586, within 45 days. Head's reply, if any, shall be filed within 30 days thereafter.

IT IS SO ORDERED.

DATED: August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE