HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant-Movant
JEREMY MICHAEL HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>   v.<br>CHARLES HEAD, et al.,<br>                Defendant. | No. 2:08-cr-00093-KJM-2<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE |

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris, Assistant United States Attorney, and defendant Jeremy Michael Head, by and through his counsel Carolyn M. Wiggin, Assistant Federal Defender, that the following pleading and briefing schedule be ordered:

With respect to Mr. Head's "Motion to Compel the Court to Order the Bureau of Prisons to Expedite Order for Compassionate Release Due to Extraordinary and Compelling Circumstances of the COVID-19 National Emergency," Docket No. 1696 (filed May 5, 2020), if the Court has not ruled on Mr. Head's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Docket No. 1710, by June 19, 2020, or if the Court has denied that motion before June 19, 2020, the United States will file a response to the Motion to Compel by June 22, 2020, and Mr. Head will file a reply to the response by June 29, 2020. If the Court

grants the Motion to Reduce Sentence (Docket No. 1710) before June 19, 2020, briefing on the Motion to Compel (Docket No. 1696), will be stayed until if and when this Court orders briefing on that motion.

Accordingly, the parties request that the briefing schedule be ordered as set forth above.

DATED: June 12, 2020                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Carolyn M. Wiggin*
                                              CAROLYN M. WIGGIN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JEREMY MICHAEL HEAD

DATED: June 12, 2020                    McGREGOR W. SCOTT
                                              United States Attorney

                                              */s/ Matthew G. Morris*
                                              MATTHEW G. MORRIS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

DATED:  June 12, 2020.

                                              CHIEF UNITED STATES DISTRICT JUDGE